No. 736

First Circuit

STATE EX REL. LANDRY v. MORNING STAR BENEVOLENT ASSN.

(January 26, 1931. Opinion and Decree.)

Burke & Smith, of New Iberia, attorneys for plaintiff, appellee.

Porteous R. Burke, of New Iberia, attorney for defendant, appellant.

MOUTON, J. Plaintiff obtained the issuance of a mandamus against defendant association to be reinstated in its membership, coupled with a demand in the sum

of $110 for doctor's and drug bills, also for attorney's fees for $50.

The court rendered judgment for $44 for drugs and doctor's bills, and for $50 as attorney's fees, perpetuating the writ.

In the case of State ex rel. Sonnenberg v. Board of Com'rs, Port of N. O., 149 La. 1095, 90 So. 417, the court under the defense presented, approved the commutation of the claim for the salary of relator with the demand for his reinstatement as an employee of the defendant board. It is not contended in defendant's brief that the court below had fallen into an error, as a legal proposition, in thus basing its conclusion on the ruling in the case above cited.

The complaint of counsel for defendant's association is directed principally at the allowing of attorney's fees by the trial court, and indirectly to the amount decreed of $44 on the item for drugs and doctor's bill. Attorney's fees are not recoverable when counsel is employed to assert the rights of complainant in the courts of justice, not being chargeable as costs to the party cast. Melancon's Heirs v. Robichaud's Heirs, 19 La. 357; Knott v. Gough, 10 La. Ann. 562. The amount claimed for attorney's fees must therefore be denied. There is no error, however, in the amount decreed for the drug bill and the physician's services, and none is pointed out by appellant.

It is therefore ordered, adjudged, and decreed that the part of the judgment which decrees attorney's fees be annulled and reversed; that the claim therefor be denied and rejected, and, as thus amended, the judgment be affirmed, appellee to pay the cost of this appeal, those below by defendant association.